United States District Court
Southern District of Texas
**ENTERED**
May 11, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDREW BURKE, §<br>Inmate #00242515, §<br>§<br>　　Plaintiff, §<br>§<br>v. §<br>§<br>LT. SCOTT SOLAND, §<br>§<br>　　Defendant. § | CIVIL ACTION NO. H-23-0300 |

### FINAL JUDGMENT

For the reasons set forth in the court's Memorandum Opinion and Order entered on this date, this action is **DISMISSED with prejudice**.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this 11th day of May, 2023.

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　SIM LAKE
　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE